# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:07cr122 |
| ) | |
| **GUY KENNETH PENLAND** ) | |

## ORDER

The Court has been advised by the Probation Officer that defendant has requested (i) an outage from home detention to attend a Fourth of July celebration at his daughter's house in Buncombe County and (ii) permission to seek renewal of his driver's license.

For good cause shown,

It is hereby **ORDERED** that defendant's request for an outage from home detention is **GRANTED** insofar as defendant is permitted an outage from 1:00 p.m. to 6:00 p.m. on July 4, 2008, to attend a Fourth of July celebration at his daughter's house in Buncombe County. Defendant <u>must</u> contact his Probation Officer by telephone (i) prior to leaving his home on this occasion, (ii) from the landline at his daughter's house once he arrives at the celebration and (iii) when he arrives back home after the celebration. The Probation Officer is authorized to take whatever steps deemed necessary for verification of defendant's whereabouts during this outage period.

It is further **ORDERED** that defendant's request to seek renewal of his driver's license is **TAKEN UNDER ADVISEMENT**.

The Clerk is directed to send a copy of the Order to the Probation Officer and all counsel of record.

/s/
_____

Alexandria, VA
July 2, 2008

T. S. Ellis, III
United States District Judge